IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CRIMINAL NO. 3:12-0005-CMC |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Sandra Jean Kuretsch, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on Defendant's letter, received December 23, 2013. ECF No. 68. Defendant seeks a change in the amount of restitution the Bureau of Prisons (BOP) collects from her inmate account each quarter. Defendant is currently paying $25.00 per quarter toward the restitution owed to the victim of her crime of nearly $45,000.00.

Defendant's letter does not allege any extraordinary circumstance which warrants a change in the amount and timing of restitution payments. Defendant's request is, therefore, denied.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
December 30, 2013

1